IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: CARLEATHA CUNNINGHAM | Case No. 18-01387-DSC
Debtor |

OBJECTION TO CLAIM

The Debtor, by counsel, objects to the allowance of a claim filed in this case as follows:

| Claim No. | Claimant/Creditor | Secured/Priority/Unsecured | Amount |
|---|---|---|---|
| 004 | United Consumer Financial Services<br>C/O Bass and Assoc<br>3936 E Ft. Lowell Ste 200<br>Tucson, AZ 85712 | Secured | $2120.46 |

As the basis for the objection to the claim, the Debtor states as follows: The Debtor's plan states that she would like to surrender the property which secures this claim.

BASED ON THE FOREGOING, the Debtor requests that the claim be disallowed, allowed in a different amount, or reclassified as appropriate, or for any other disposition of the claim that may be justified by the facts.

/s/ Joe Erdberg
Joe Erdberg
Attorney for the Debtor
205 North 20th Street, Suite 817
Birmingham, AL 35203
(205) 333-3333

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the above-listed claimant/creditor by first-class U.S. mail, and the Chapter 13 Standing Trustee electronically via the U.S. Bankruptcy Court's CM/ECF system.
Date: May 18, 2018

/s/ Joe Erdberg
Joe Erdberg